**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Jon Andrew Weiss,                                        Civ. No. 14-3142 (DSD/JJK)

      Plaintiff,

v.

Carolyn W. Colvin,                                       **ORDER ON REPORT AND
Acting Commissioner of                                   RECOMMENDATION**
Social Security,

      Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 29, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.  This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 21, 2014                        s/David S. Doty
                                                                    DAVID S. DOTY, Judge
                                                                    United States District Court